## Commonwealth ex rel. Charles, Appellant, v. Maroney.

Submitted April 12, 1966. *Clayburn Charles,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Clark, Appellant, v. Maroney.

Submitted April 11, 1966. *John Clark,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Ellman, Appellant, v. Myers.

Submitted April 11, 1966. *Clifford C. Ellman,* appellant, in propria persona; *William A. Peiffer,* Assistant District Attorney, and *Lindley R. McClelland,* District Attorney, for appellee.

Order affirmed.